Shelburne Sportswear, Inc. *v.* Philadelphia, Appellant.

Argued November 17, 1964.   Before BELL, C. J., MUSMANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Levy Anderson,* First Deputy City Solicitor, with him *Gerald Gornish,* Assistant City Solicitor, *Matthew W. Bullock, Jr.,* Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellant.

*Richard B. Malis,* with him *Malis, Malis & Malis,* for appellee.

OPINION PER CURIAM, March 16, 1965:

An examination of the record in this appeal indicates that the amount in controversy is such that this court lacks jurisdiction to entertain the appeal.   As in *Kungsgaten, Inc. v. Phila.,* 416 Pa. 352, 206 A. 2d 8 (1965), this appeal under our Rule 68-1/2, was im-

providently permitted, and the case must be remitted to the Superior Court.

The matter is remitted to the Superior Court.